Argued and submitted March 20, reversed and remanded April 24, 2003

In the Matter of the Compensation of
Shirley J. Pierce, Claimant.

Shirley J. PIERCE,
*Petitioner,*

*v.*

SAIF CORPORATION
and Albertina Kerr Centers,
*Respondents.*

00-07117; A116962

67 P3d 435

Donald M. Hooton argued the cause and filed the briefs for petitioner.

Jerome P. Larkin argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Reversed and remanded. *Duarte v. SAIF*, 179 Or App 737, 41 P3d 458 (2002).